IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-3108 |
| KARNIC CONSTRUCTION, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiffs' Motion for Default Judgment or in the Alternative Motion for an Accounting/Evidentiary Hearing (d/e 7). Plaintiffs' Motion asks the Court to order an accounting of the amount owing from the Defendants to the Plaintiffs for unpaid contributions for the period from July 1, 2004, to the present. Plaintiffs also seek an award of liquidated damages, attorney's fees, and costs. As set forth below, Plaintiffs' Motion is allowed, in part, and denied, in part.

The Court, being fully advised in the premises, finds that the Defendant has failed to answer the Complaint filed herein in a timely

1

fashion as required by the Federal Rules of Civil Procedure. The Magistrate Judge entered an Order of Default (d/e 6) on July 22, 2008. Plaintiffs then filed the instant Motion and served it on Defendants by U.S. mail. Defendants have nevertheless failed to appear.

THEREFORE, Plaintiffs' Motion for Default Judgment or in the Alternative Motion for an Accounting/Evidentiary Hearing (d/e 7) is ALLOWED, in part, and DENIED, in part. Plaintiffs' request for an accounting is allowed. The Court orders Defendants Karnic Construction, Inc., and Kevin Michael Cooper d/b/a Karnic Construction to appear and produce any and all payroll books and any other records and contribution reporting forms to permit a payroll audit for the period from July 1, 2004, to present at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on October 8, 2008, at 1:30 p.m. The Court denies, without prejudice, Plaintiffs' request for a default judgment at this time. Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owed for unpaid contributions. Plaintiffs' request for attorney's fees and costs is similarly denied without prejudice and may be refiled at a later date.

IT IS THEREFORE SO ORDERED.

ENTER:   September 12, 2008

    FOR THE COURT:

                                            s/ Jeanne E. Scott
                                           JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE