E-FILED
Friday, 05 June, 2009  03:23:05 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08-3108 |
| | ) | |
| KARNIC CONSTRUCTION, INC., and KEVIN MICHAEL COOPER d/b/a KARNIC CONSTRUCTION, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>OPINION</u>

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiffs' Motion for Default Judgment (d/e 9). In an Opinion (d/e 8), dated September 12, 2008, the Court allowed Plaintiffs' request for an accounting and denied without prejudice Plaintiffs' request for default judgment, pending the accounting. Plaintiffs' pending Motion represents that an accounting has occurred. Plaintiffs now seek default judgment for sums certain. The record reveals that the request for default judgment was served on Defendants on May 14, 2009, by U.S. Mail. <u>Motion for Default Judgment</u>, p. 3, <u>Proof of Service</u>.

Defendants have, nevertheless, failed to respond.

THEREFORE, the Court having reviewed the pending Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendants, Karnic Construction, Inc., and Kevin Michael Cooper d/b/a Karnic Construction, and the Defendants having failed to answer or otherwise plead within the statutory time frame, Plaintiffs' Motion for Default Judgment (d/e 9) is ALLOWED. The Plaintiffs are hereby awarded a Default Judgment against Defendants, Karnic Construction, Inc., and Kevin Michael Cooper d/b/a Karnic Construction, as follows:

A.      Judgment is entered in favor of the Plaintiffs and against the Defendants for audit liabilities due and liquidated damages for the period of July 1, 2004, through August 31, 2008, in the amount of $8,691.57;

B.      Defendants are ordered to pay to the Plaintiffs attorney fees in the amount of $4,955.25, as provided by the trust agreements and ERISA, 29 U.S.C. §1132(g)(2); and

C.      Defendants are ordered to pay allowable costs attendant to these proceedings. Plaintiffs are directed to file a bill of costs in accordance with Local Rule 54.1.

All pending motions are denied as moot. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:   June 5, 2009

FOR THE COURT:

_____s/  Jeanne E. Scott_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE